MELISSA HOLYOAK, First Assistant United States Attorney (#8329)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE D. WANLASS,<br><br>Defendant. | Case No.  2:26-mj-00460 DBP<br><br>COMPLAINT<br><br>Judge Dustin B. Pead |

## COUNT 1
(Bank Robbery)
18 U.S.C. § 2113(a).

On or about May 27, 2026, in the District of Utah,

JAMIE D. WANLASS,

the defendant herein, by force, violence, and intimidation did take from the person and

presence of others, employees of the Wells Fargo Bank located at 299 South Main St,

Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control,

management, and possession of the Wells Fargo Bank, a bank whose deposits are and on

the date of the robbery were then insured by the Federal Deposit Insurance Corporation

(FDIC); all in violation of 18 U.S.C. § 2113(a).

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT</u>

This complaint is based on the following information:

I, Joshua Mortensen, being first duly sworn, depose and say:

1. Your affiant has been a Salt Lake City Police Officer for over twenty years. Your affiant is currently assigned to the Robbery/Violent Crimes Unit as a Salt Lake Police Department Detective and a Task Force Officer with the Federal Bureau of Investigations participating in the Violent Crimes Task Force. Prior to this, your affiant was assigned to the Salt Lake City Gang Unit for approximately four years, participating in numerous gang related operations and investigations including aggravated assaults, drive-by shootings, and long-term title-3 state and federal wire investigations. Prior to this assignment, your affiant worked as a Task Force Officer with the DEA Metro Task Force for approximately four years, participating in numerous interstate and international drug cases. Prior to the DEA Metro Narcotics Task Force, your affiant worked in the Salt Lake City Narcotics Unit for approximately two years where your affiant participated in numerous undercover operations, street level drug arrests, and was the lead case agent over numerous narcotics cases. Your affiant has had extensive training in narcotic identification and in the investigation of narcotic related offenses. Your affiant's specialized training includes training at the Utah Police Academy (Police Officer Standards and Training), the Salt Lake City Police Academy, and UNOA POST certified training (Utah Narcotic Officer's Association).

2. On or about May 27th, 2026, Salt lake City Police Officers responded to the Wells Fargo Bank located at 299 S Main Street (Salt Lake City, Utah, District of Utah) after a bank robbery was reported to police (SLC case #26-117226). Upon arrival, police discovered that a male had passed a note to the bank teller demanding money. A total of $40.00 (four ten-dollar bills) in US Currency was provided to the robbery suspect who immediately fled from the bank on foot.

3. A short time later, Salt Lake City police dispatch received a follow up call from a person purporting to be the bank robbery suspect (SLC case # 26-117245). According to the suspect, he informed dispatch he had just robbed the Wells Fargo bank and had taken TRAX up to the University of Utah Medical Center. Salt Lake Police responded to his location where he was taken into custody. During his arrest, officers located $40 in US Currency and the robbery note used in the bank robbery at Wells Fargo.

4. Video surveillance from the Wells Fargo bank was obtained where the suspect was clearly observed on video. The suspect was wearing a black/white ball cap bearing the wording 'Apex' across the front in white letters. The suspect was also wearing a light grey 'New Your Giants' hooded sweatshirt in the surveillance video. At the time of his arrest at the University Medical Center, the suspect was positively identified as the bank robbery suspect in the Wells Fargo Bank surveillance video and found to be wearing the same ball cap and grey hooded sweatshirt he was wearing at the time of the robbery.

5.  The bank robbery suspect identified himself as Jamie Dale WANLASS. WANLASS was transported back to the public safety building where he was interviewed about the incident.  During the Interview, WANLASS requested an attorney resulting in no further questions being asked.   Based on all the evidence acquired, WANLASS was transported to the Salt Lake County Jail and booked on a bank robbery charge.

6.  Based on the foregoing information, your affiant respectfully requests that a complaint and an arrest warrant be issued for Jamie D. Wanlass for a violation of 18 U.S.C Section 2113(a).

Dated this 27th day of May 2026.

Joshua Mortensen
FBI TFO

Subscribed and sworn to before me, this _27th_ day of May 2026.

DUSTIN PEAD
United States Magistrate Judge

APPROVED:
MELISSA HOLYOAK
First Assistant United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney